# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **NITETEK LICENSING LLC,** Plaintiff, v. **HMS INDUSTRIAL NETWORKS INC.,** Defendant. | Civil Action No.: 1:20-cv-03193 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Nitetek Licensing LLC, ("Plaintiff"), by and through its undersigned attorney, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses all claims in this action without prejudice against Defendant HMS Industrial Networks, Inc. ("Defendant"). Prior to the filing of this notice, Defendant has not filed an answer or a motion for summary judgment.

Dated: August 25, 2020

Respectfully submitted,

ANDREOU & CASSON, LTD.

/s/ _Luke A. Casson_____
Luke A. Casson
Andreou & Casson, Ltd.
661 West Lake St., Suite 2N
Chicago, Illinois 60661
P: 312.935.2000
F: 312.935.2001
Email: lcasson@andeou-casson.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day a true and correct copy of the foregoing document was filed electronically. As such, this document was served on all counsel who are deemed to have consented to electronic service.

.

/s/ *Luke A. Casson*
Luke A. Casson